UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00053-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO SALVADOR HERNANDEZ-PAYAN,

    Defendant.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on August 24, 2012. On or before **Wednesday, September 5, 2012**, the parties shall jointly contact my Chambers to set a change of plea hearing.

    Dated: August 29, 2012