IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

| | |
|---|---|
| Criminal Case No. 12-CR-00053-JLK | Deputy: P. Howell |
| Date: January 03, 2013 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| DAVID ANTHONY ROESENER, | Colleen Scissors |
| Defendant. | |

---

## MINUTE ORDER
---

The Defendant, David Anthony Roesener, has turned over his Unites States Passport.

This passport shall remain in the court's possession until further order of the court.